

# STATE OF MICHIGAN

# SUPREME COURT

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

ALVIN LEWIS RICHARDSON,
        Defendant-Appellant.

SC: 153970
COA: 314245
Macomb CC: 2012-001661-FH

_____/

**Statement of Justice Viviano Granting Defendant-Appellant's Motion to Disqualify**

VIVIANO, J. On July 21, 2016, defendant filed a motion to disqualify me from this case. Having presided over defendant's trial, I would have recused myself from the case, regardless of defendant's motion. Therefore, I would grant defendant's motion.